JS-6

```
                FILED
      CLERK, U.S. DISTRICT COURT

         February 28, 2018

     CENTRAL DISTRICT OF CALIFORNIA
     BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL LOPEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANHEUSER-BUSCH COMPANIES, a Business Form Unknown; and DOES 1 TO 75, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-01867-SJO-PJW<br><br>**ORDER RE STIPULATION OF DISMISAL WITH PREJUDICE**<br><br>Ctrm: 10<br>Judge: S. James Otero<br>Magistrate Judge: Patrick J. Walsh |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: 2/28/18

_____
The Honorable S. James Otero

**Gordon & Rees LLP**
101 W. Broadway Suite 2000
San Diego, CA 92101

1130254 36928671v1

-1-
ORDER OF DISMISSAL WITH PREJUDICE